UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARINA JONES,

          Plaintiff,

vs.

URBANCAL OAKLAND SQUARE, LLC,
a Foreign Limited Liability Company; and
KOHL'S DEPARTMENT STORES, INC.,
a Foreign Corporation,

          Defendants.

_____/

Case No.:  2:12-cv-12625
Hon. Denise Page Hood
Mag. Judge Laurie J. Michelson

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES**

## STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS FEES

Counsel for the parties hereby stipulate to the dismissal of this case with prejudice and without costs or attorneys' fees to any party.

Stipulated this 17th day of July, 2013.

| | |
|---|---|
| /s/  Pete M. Monismith (w/consent) | /s/  Kevin A. Fanning |
| Pete M. Monismith, P.C. | Clark Hill PLC |
| Pete M. Monismith | David A. Breuch (P45368) |
| Attorney for Plaintiff | Kevin A. Fanning (P57125) |
| 3945 Forbes Avenue, Suite 175 | Attorneys for Defendant UrbanCal Oakland Square, LLC |
| Pittsburgh, PA 15213 | 151 S. Old Woodward Avenue, Suite 200 |
| (724) 610-1881 | Birmingham, MI 48009 |
| pete@monismithlaw.com | (248) 642-9692 |
| | kfanning@clarkhill.com |
| /s/  Steven M. Hyder  (w/consent) | /s/  Maryellen McLeod (w/consent) |
| Steven M. Hyder (P69875) | Mcleod & Associates |
| Attorney for Plaintiff | Maryellen McLeod (P33338) |
| 58 Barker | Attorney for Defendant UrbanCal Oakland Square, LLC |
| P.O. Box 373 | Two Towne Square, Suite 550 |
| Whitmore Lake, MI 48189 | Southfield, MI 48076-3766 |

1

| | |
|---|---|
| (734) 474-1195 | (248) 386-8800 |
| hyders@hyderlawfirm.net | maryellen.mcleod@aig.com |

                                                 /s/  Joseph A. Siciliano (w/consent)
                                                 Siciliano Mychalowych & VanDusen PLC
                                                 Joseph A. Siciliano (P36904)
                                                 Attorney for Kohl's Department Stores
                                                 37000 Grand River Avenue, Suite 350
                                                 Farmington Hills, MI 48335
                                                 (248) 442-0510
                                                 jsiciliano@smv-law.com

## **ORDER OF DISMISSAL**

The Court, having reviewed the foregoing stipulation:

**IT IS ORDERED** that this case is DISMISSED WITH PREJUDICE and without costs or attorneys' fees awarded to any party.

IT IS ORDERED.


Dated:  July 17, 2013                          s/Denise Page Hood
                                                         DENISE PAGE HOOD
                                                         U.S. DISTRICT COURTJUDGE

I hereby certify that a copy of this order was served upon the attorneys of record on this date, July 17, 2013, by electronic and/or ordinary mail.


                                                         s/LaShawn R. Saulsberry
                                                         Case Manager